JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MERCED,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FRANK CHAVEZ, Warden,<br><br>　　　　　Respondent.<br>_____ | Case No. LA CV 13-5223 JGB (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: August 7, 2015

_____
　　　　HON. JESUS G. BERNAL
　　　UNITED STATES DISTRICT JUDGE